IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | VERDICT FORM |
| | ) | |
| LUIS ANALBERTO PINEDA ANCHECTA | ) | |
| a/k/a LOUIS PENEDA, | ) | |
| a/k/a LUIS ANALBERTO | ) | |

1. As to Count One, charging the defendant with kidnapping, in violation of 18 U.S.C. § 1201(a)(1), we, the jury, unanimously find the defendant:

   Guilty: __X__    Not Guilty: _____

If your verdict above is "not guilty," or, if after all reasonable efforts, you are unable to reach a unanimous verdict, consider Question 2 below.

2. As to Count One, charging the defendant with attempted kidnapping, in violation of 18 U.S.C. § 1201(d), we, the jury, unanimously find the defendant:

   Guilty: _____    Not Guilty: _____

Signed: _____
            FOREPERSON

Dated: __6/23/2020__

Final 1.0 Page 1